## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL JOSEPH PAVALONE,

     Plaintiff,

       v.

THE COUNTY OF LACKAWANNA
PENNSYLVANIA – LACKAWANNA
COUNTY DOMESTIC RELATIONS
SECTION,

     Defendant.

CIVIL ACTION NO. 3:13-CV-02252

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

### ORDER

**NOW**, this _5_ day of September, 2014, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 11) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 11) is **ADOPTED.**

    (2)    Defendant's Motion to Dismiss (Doc. 4) pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**.

    (3)    The Complaint (Doc. 1) is **DISMISSED with prejudice**.

    (4)    The Clerk of Court is instructed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge